**COPELAND v. STATE.**
No. 25379.

Court of Criminal Appeals of Texas.
June 27, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The conviction is for the possession of beer for the purpose of sale in a dry area, the punishment assessed by the jury being a fine of $100.

It is shown that appellant, after giving notice of appeal, failed to enter into a recognizance and escaped from the custody of the sheriff.

The State's motion to dismiss the appeal is granted, and the appeal is dismissed.

Opinion approved by the Court.